# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maurice L. Nichols and Patricia Nichols<br>        Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-15382 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1214

                            Respectfully submitted,

                            **/s/Thomas Puleo, Esquire**
                            Thomas Puleo, Esquire
                            Brian C. Nicholas, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 825-6306  FAX (215) 825-6406