*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Maurice L. Nichols and
Patricia Nichols
    Debtor(s)

Case No: 14–15382–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled\*
Motion to Approve Loan Modification Filed by Maurice L. Nichols, Patricia Nichols Represented by DAVID M. OFFEN

on: 2/2/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/10/17

Timothy B. McGrath
Clerk of Court

54 – 52
Form 167