IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Maurice L. Nichols        )   Chapter 13
         Patricia Nichols          )
                                   )   No 14-15382-MDC
         Debtors                   )
                                   )

## CERTIFICATION OF NO OBJECTION

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Approve Loan Modification, and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtors