```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                            : CHAPTER 13
                                       :
     Maurice L. Nichols                :
     Patricia Nichols                  : No. 14-15382-MDC
```

## PRAECIPE TO WITHDRAW

Pursuant to the above-captioned matter, kindly withdraw the Amended Schedule "J" filed on March 9, 2017.

```
                              /s/ David M. Offen
                              David M. Offen, Esquire
                              Curtis Center, 1st Fl., Ste. 160 W
                              601 Walnut Street
                              Philadelphia, PA  19106
                              215-625-9600
Dated:3/9/17
```