UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                                  : CHAPTER 13
                                        :
Maurice L. Nichols                      :
Patricia Nichols                        : No. 14-15382-MDC
```

**<u>PRAECIPE TO WITHDRAW</u>**

Pursuant to the above-captioned matter, kindly withdraw the Motion to Modify Plan After Confirm filed on March 9, 2017.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated: 3/9/17