IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Maurice L. Nichols      )   Chapter 13
         Patricia Nichols        )
                                 )   No. 14-15382-MDC
         Debtors                 )
                                 )

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan After Confirmation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtors