IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    CHAPTER 13
                                :
Maurice L. Nichols              :
Patricia Nichols                :    No. 14-15382-MDC
    Debtors

## O R D E R

AND NOW, this 7th day of September, 2017, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the debtors confirmed plan is modified to reflect that $7,355.00 has been paid to the Trustee and the Debtors shall pay $285.00 per month for 28 months for a total base amount of $15,335.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_Magdeline D. Co____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE