United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-15382-mdc
Maurice L. Nichols                                                    Chapter 13
Patricia Nichols
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD            Page 1 of 1          Date Rcvd: Sep 12, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
db/jdb         +Maurice L. Nichols,    Patricia Nichols,    7810 Saturn Place,    Philadelphia, PA 19153-1212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Joint Debtor Patricia  Nichols dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Maurice L. Nichols dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Maurice L. Nichols :
Patricia Nichols : No. 14-15382-MDC
Debtors

O R D E R

AND NOW, this 7th day of September, 2017, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the debtors confirmed plan is modified to reflect that $7,355.00 has been paid to the Trustee and the Debtors shall pay $285.00 per month for 28 months for a total base amount of $15,335.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE