```
                               United States Bankruptcy Court
                               Eastern District of Pennsylvania
In re:                                                                  Case No. 14-15382-mdc
Maurice L. Nichols                                                      Chapter 13
Patricia Nichols
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0313-2           User: Lisa              Page 1 of 2              Date Rcvd: Oct 18, 2019
                               Form ID: 138NEW         Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db/jdb         +Maurice L. Nichols,    Patricia Nichols,    7810 Saturn Place,    Philadelphia, PA 19153-1212
13340711       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:     Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13340714       +Chase,    201 N Walnut Street Mailstop De1-1027,    Wilmington, DE 19801-2920
13340713       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13340715       +Chase,   P.O. Box 15123,    Wilmington, DE 19886-5123
13340716       +Chase-Bp,    Po Box 15298,   Wilmington, DE 19850-5298
14073632        ECMC,   po box 16408,    St. Paul, MN 55116-0408
13839967       +Lakeview Loan Srving LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,     Phila., PA 19106-1541
13370267       +M & T Bank,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13915881       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:42      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:08      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13340712        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:53:25      Cap One,
                 Po Box 85520,    Richmond, VA 23285
13344640        E-mail/Text: mrdiscen@discover.com Oct 19 2019 03:45:01      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13340717       +E-mail/Text: mrdiscen@discover.com Oct 19 2019 03:45:01      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13340718       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:37      GE Capital Retail Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
13340719        E-mail/Text: camanagement@mtb.com Oct 19 2019 03:45:16      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
13423431        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2019 03:52:40
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13355222        E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2019 03:52:41
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13340720       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:08      Syncb/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
14073633*       ECMC,   po box 16408,    St. Paul, MN 55116-0408
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa                    Page 2 of 2                   Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Joint Debtor Patricia   Nichols dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DAVID M. OFFEN    on behalf of Debtor Maurice L. Nichols dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Maurice L. Nichols and Patricia Nichols

      Debtor(s)     Bankruptcy No: 14−15382−mdc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                    Suite 400
              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                              For The Court
                                     Timothy B. McGrath
                                       Clerk of Court

Dated: 10/18/19

                                                         81 − 80
                                               Form 138_new